## CRIMINAL COVERSHEET

| | |
|---|---|
| **DEFENDANT'S NAME: James Ramsey** | JUVENILE: No |
| DEFENSE ATTORNEY: | |
| Address: | PUBLIC or SEALED: SEALED |
| | SERVICE TYPE: Warrant |
| | (Summons or Warrant or |
| | Notice (if Superseding)) |
| Telephone No.: | ISSUE: Yes |
| INVESTIGATIVE AGENT: Ryan O'Neil | INTERPRETER: No |
| Telephone No.: (208) 344-7843 | If YES, language: |
| AGENCY: Federal Bureau of Investigation | |
| CASE INFORMATION: | RELATED COMPLAINT: No |
| | CASE NUMBER: |

## CRIMINAL CHARGING INFORMATION

**CHARGING DOCUMENT: Indictment**

| | | | |
|---|---|---|---|
| Felony: | **Yes** | County of Offense: | **Ada** |
| Class A Misdemeanor: | **No** | Estimated Trial Time: | **5 days** |
| Class B or C Misdemeanor: (Petty Offense) | **No** | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 1962(d) | ONE | **Conspiracy to Participate in a Racketeering Enterprise** | **A term of imprisonment up to life and/or a $250,000 fine, up to 3 years supervised release; $100 Special Assessment** |
| 18 U.S.C. § 1959(a)(3), (a)(5), and 18 U.S.C. § 2 | TWO | **Attempted Murder and Assault With a Dangerous Weapon in Aid of Racketeering** | **A term of imprisonment up to 20 years and/or a $250,000 fine, up to 3 years supervised release; $100 Special Assessment** |
| 18 U.S.C. § 1963 | **FORFEITURE ALLEGATION** | **RICO Forfeiture** | **Forfeiture of listed property** |

| | |
|---|---|
| Date: | Assistant U.S. Attorney: JOSHUA D. HURWIT |
| 14 May 2019 | FRANCIS J. ZEBARI |
| | Telephone No.: (208) 334-1211 |

CR 19-0158-S DCN

## CRIMINAL COVERSHEET

| | |
|---|---|
| **DEFENDANT'S NAME:** Christopher Foss | **JUVENILE:** No |
| **DEFENSE ATTORNEY:** | |
| Address: | **PUBLIC or SEALED:** SEALED |
| | **SERVICE TYPE:** Warrant |
| | (Summons or Warrant or |
| | Notice (if Superseding)) |
| | **ISSUE:** Yes |
| Telephone No.: | |
| | |
| **INVESTIGATIVE AGENT:** Ryan O'Neil | **INTERPRETER:** No |
| Telephone No.: (208) 344-7843 | If YES, language: |
| **AGENCY:** Federal Bureau of Investigation | |
| **CASE INFORMATION:** | **RELATED COMPLAINT:** No |
| | **CASE NUMBER:** |

## CRIMINAL CHARGING INFORMATION

**CHARGING DOCUMENT:** Indictment

| | | | |
|---|---|---|---|
| Felony: | **Yes** | County of Offense: | **Ada** |
| Class A Misdemeanor: | **No** | Estimated Trial Time: | **5 days** |
| Class B or C Misdemeanor: (Petty Offense) | **No** | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 1962(d) | ONE | Conspiracy to Participate in a Racketeering Enterprise | A term of imprisonment up to life and/or a $250,000 fine, up to 3 years supervised release; $100 Special Assessment |
| 18 U.S.C. § 1963 | FORFEITURE ALLEGATION | RICO Forfeiture | Forfeiture of listed property |

| | |
|---|---|
| Date: 14 May 2019 | Assistant U.S. Attorney: JOSHUA D. HURWIT  *jaz* FRANCIS J. ZEBARI |
| | Telephone No.: (208) 334-1211 |

CR 19-0158-S DCN

## CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: **Harlan Hale** | JUVENILE: No |
| DEFENSE ATTORNEY: | |
| Address: | PUBLIC or SEALED: SEALED |
| | SERVICE TYPE: Warrant |
| | (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: | ISSUE: Yes |
| INVESTIGATIVE AGENT: Ryan O'Neil | INTERPRETER: No |
| Telephone No.: (208) 344-7843 | If YES, language: |
| AGENCY: Federal Bureau of Investigation | |
| CASE INFORMATION: | RELATED COMPLAINT: No |
| | CASE NUMBER: |

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Indictment**

| | | | |
|---|---|---|---|
| Felony: | **Yes** | County of Offense: | **Ada** |
| Class A Misdemeanor: | **No** | Estimated Trial Time: | **5 days** |
| Class B or C Misdemeanor: | **No** | | |
| (Petty Offense) | | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 1962(d) | ONE | **Conspiracy to Participate in a Racketeering Enterprise** | **A term of imprisonment up to life and/or a $250,000 fine, up to 3 years supervised release; $100 Special Assessment** |
| 18 U.S.C. § 1959(a)(3), (a)(5), and 18 U.S.C. § 2 | TWO | **Attempted Murder and Assault With a Dangerous Weapon in Aid of Racketeering** | **A term of imprisonment up to 20 years and/or a $250,000 fine, up to 3 years supervised release; $100 Special Assessment** |
| 18 U.S.C. § 1963 | **FORFEITURE ALLEGATION** | **RICO Forfeiture** | **Forfeiture of listed property** |

| | |
|---|---|
| Date: 14 May 2019 | Assistant U.S. Attorney: JOSHUA D. HURWIT FRANCIS J. ZEBARI |
| | Telephone No.: (208) 334-1211 |

CR 19-0158-S DCN

## CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: **Steven Bowman** | JUVENILE: No |
| DEFENSE ATTORNEY: | |
| Address: | PUBLIC or SEALED: SEALED |
| | SERVICE TYPE: Warrant |
| | (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: | ISSUE: Yes |
| INVESTIGATIVE AGENT: Ryan O'Neil | INTERPRETER: No |
| Telephone No.: (208) 344-7843 | If YES, language: |
| AGENCY: Federal Bureau of Investigation | |
| CASE INFORMATION: | RELATED COMPLAINT: No |
| | CASE NUMBER: |

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Indictment**

| | | | |
|---|---|---|---|
| Felony: | **Yes** | County of Offense: | **Ada** |
| Class A Misdemeanor: | **No** | Estimated Trial Time: | **5 days** |
| Class B or C Misdemeanor: (Petty Offense) | **No** | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 1962(d) | ONE | Conspiracy to Participate in a Racketeering Enterprise | A term of imprisonment up to life and/or a $250,000 fine, up to 3 years supervised release; $100 Special Assessment |
| 18 U.S.C. § 1959(a)(3), (a)(5), and 18 U.S.C. § 2 | THREE | Attempted Murder and Assault With a Dangerous Weapon in Aid of Racketeering | A term of imprisonment up to 20 years and/or a $250,000 fine, up to 3 years supervised release; $100 Special Assessment |
| 18 U.S.C. § 1963 | FORFEITURE ALLEGATION | RICO Forfeiture | Forfeiture of listed property |

Date: 14 May 2019

Assistant U.S. Attorney: JOSHUA D. HURWIT
FRANCIS J. ZEBARI

Telephone No.: (208) 334-1211

CR 19-0158-S DCN

## CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: **Jeremy Brown** | JUVENILE: No |
| DEFENSE ATTORNEY: | |
| Address: | PUBLIC or SEALED: SEALED |
| | SERVICE TYPE: Warrant |
| | (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: | ISSUE: Yes |
| INVESTIGATIVE AGENT: Ryan O'Neil | INTERPRETER: No |
| Telephone No.: (208) 344-7843 | If YES, language: |
| AGENCY: Federal Bureau of Investigation | |
| CASE INFORMATION: . | RELATED COMPLAINT: No CASE NUMBER: |

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Indictment**

| | | | |
|---|---|---|---|
| Felony: | **Yes** | County of Offense: | **Ada** |
| Class A Misdemeanor: | **No** | Estimated Trial Time: | **5 days** |
| Class B or C Misdemeanor: (Petty Offense) | **No** | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 1962(d) | ONE | Conspiracy to Participate in a Racketeering Enterprise | A term of imprisonment up to 20 years and/or a $250,000 fine, up to 3 years supervised release; $100 Special Assessment |
| 18 U.S.C. § 1963 | FORFEITURE ALLEGATION | RICO Forfeiture | Forfeiture of listed property |

Date: 14 May 2019

Assistant U.S. Attorney: JOSHUA D. HURWIT FRANCIS J. ZEBARI

Telephone No.: (208) 334-1211

CR 19-0158-S DCN

## CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: **Nicholas Sites** | JUVENILE: No |
| DEFENSE ATTORNEY: | |
| Address: | PUBLIC or SEALED: SEALED |
| | SERVICE TYPE: Warrant |
| | (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: | ISSUE: Yes |
| INVESTIGATIVE AGENT: Ryan O'Neil | INTERPRETER: No |
| Telephone No.: (208) 344-7843 | If YES, language: |
| AGENCY: Federal Bureau of Investigation | |
| CASE INFORMATION: | RELATED COMPLAINT: No<br>CASE NUMBER: |

## CRIMINAL CHARGING INFORMATION

**CHARGING DOCUMENT: Indictment**

| | | |
|---|---|---|
| Felony: | **Yes** | County of Offense: **Ada** |
| Class A Misdemeanor: | **No** | Estimated Trial Time: **5 days** |
| Class B or C Misdemeanor: | **No** | |
| (Petty Offense) | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 1962(d) | ONE | **Conspiracy to Participate in a Racketeering Enterprise** | A term of imprisonment up to life and/or a $250,000 fine, up to 3 years supervised release; $100 Special Assessment |
| 18 U.S.C. § 1963 | FORFEITURE ALLEGATION | RICO Forfeiture | Forfeiture of listed property |

Date: 14 May 2019

Assistant U.S. Attorney: JOSHUA D. HURWIT  
FRANCIS J. ZEBARI

Telephone No.: (208) 334-1211

CR 19-0158-S DCN

## CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: **Buck Pickens** | JUVENILE: No |
| DEFENSE ATTORNEY: | |
| Address: | PUBLIC or SEALED: SEALED |
| | SERVICE TYPE: Warrant |
| | (Summons or Warrant or Notice (if Superseding)) |
| | ISSUE: Yes |
| Telephone No.: | |
| INVESTIGATIVE AGENT: Ryan O'Neil | INTERPRETER: No |
| Telephone No.: (208) 344-7843 | If YES, language: |
| AGENCY: Federal Bureau of Investigation | |
| CASE INFORMATION: | RELATED COMPLAINT: No |
| | CASE NUMBER: |

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Indictment**

| | | | |
|---|---|---|---|
| Felony: | **Yes** | County of Offense: | **Ada** |
| Class A Misdemeanor: | **No** | Estimated Trial Time: | **5 days** |
| Class B or C Misdemeanor: (Petty Offense) | **No** | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 1962(d) | ONE | Conspiracy to Participate in a Racketeering Enterprise | A term of imprisonment up to life and/or a $250,000 fine, up to 3 years supervised release; $100 Special Assessment |
| 18 U.S.C. § 1963 | FORFEITURE ALLEGATION | RICO Forfeiture | Forfeiture of listed property |

Date: 14 May 2019

Assistant U.S. Attorney: JOSHUA D. HURWIT FRANCIS J. ZEBARI

Telephone No.: (208) 334-1211

CR 19-0158-S DCN

## CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: **Lucas Johnson** | JUVENILE: No |
| DEFENSE ATTORNEY: | |
| Address: | PUBLIC or SEALED: SEALED |
| | SERVICE TYPE: Warrant |
| | (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: | ISSUE: Yes |
| INVESTIGATIVE AGENT: Ryan O'Neil | INTERPRETER: No |
| Telephone No.: (208) 344-7843 | If YES, language: |
| AGENCY: Federal Bureau of Investigation | |
| CASE INFORMATION: | RELATED COMPLAINT: No CASE NUMBER: |

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Indictment**

| | | | |
|---|---|---|---|
| Felony: | **Yes** | County of Offense: | **Ada** |
| Class A Misdemeanor: | **No** | Estimated Trial Time: | **5 days** |
| Class B or C Misdemeanor: (Petty Offense) | **No** | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 1962(d) | ONE | Conspiracy to Participate in a Racketeering Enterprise | A term of imprisonment up to life and/or a $250,000 fine, up to 3 years supervised release; $100 Special Assessment |
| 18 U.S.C. § 1963 | FORFEITURE ALLEGATION | RICO Forfeiture | Forfeiture of listed property |

| | |
|---|---|
| Date: 14 May 2019 | Assistant U.S. Attorney: JOSHUA D. HURWIT FRANCIS J. ZEBARI |
| | Telephone No.: (208) 334-1211 |

CR 19-0158-S DCN

## CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: **Michael McNabb** | JUVENILE: No |
| DEFENSE ATTORNEY: | |
| Address: | PUBLIC or SEALED: SEALED |
| | SERVICE TYPE: Warrant |
| | (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: | ISSUE: Yes |
| INVESTIGATIVE AGENT: Ryan O'Neil | INTERPRETER: No |
| Telephone No.: (208) 344-7843 | If YES, language: |
| AGENCY: Federal Bureau of Investigation | |
| CASE INFORMATION: | RELATED COMPLAINT: No CASE NUMBER: |

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Indictment**

| | | | |
|---|---|---|---|
| Felony: | **Yes** | County of Offense: | **Ada** |
| Class A Misdemeanor: | **No** | Estimated Trial Time: | **5 days** |
| Class B or C Misdemeanor: (Petty Offense) | **No** | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 1962(d) | ONE | **Conspiracy to Participate in a Racketeering Enterprise** | A term of imprisonment up to 20 years and/or a $250,000 fine, up to 3 years supervised release; $100 Special Assessment |
| 18 U.S.C. § 1963 | **FORFEITURE ALLEGATION** | **RICO Forfeiture** | **Forfeiture of listed property** |

Date:

14 May 2019

Assistant U.S. Attorney:  JOSHUA D. HURWIT
FRANCIS J. ZEBARI

Telephone No.:  (208) 334-1211

CR 19-0158-S DCN

## CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: **Mark Woodland** | JUVENILE: No |
| DEFENSE ATTORNEY:<br>Address: | PUBLIC or SEALED: SEALED<br>SERVICE TYPE: Warrant<br>(Summons or Warrant or<br>Notice (if Superseding))<br>ISSUE: Yes |
| Telephone No.: | |
| INVESTIGATIVE AGENT: Ryan O'Neil<br>Telephone No.: (208) 344-7843<br>AGENCY: Federal Bureau of Investigation | INTERPRETER: No<br>If YES, language: |
| CASE INFORMATION: | RELATED COMPLAINT: No<br>CASE NUMBER: |

## CRIMINAL CHARGING INFORMATION

**CHARGING DOCUMENT: Indictment**

| | | | |
|---|---|---|---|
| Felony: | **Yes** | County of Offense: | **Ada** |
| Class A Misdemeanor: | **No** | Estimated Trial Time: | **5 days** |
| Class B or C Misdemeanor:<br>(Petty Offense) | **No** | | |

| STATUTE<br>(Title and Section(s)) | COUNT/<br>FORFEITURE<br>ALLEGATION | BRIEF DESCRIPTION | PENALTIES<br>(Include Supervised Release<br>and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 1959(a)(3), (a)(5), and 18 U.S.C. § 2 | THREE | Attempted Murder and Assault With a Dangerous Weapon in Aid of Racketeering | A term of imprisonment up to 20 years and/or a $250,000 fine, up to 3 years supervised release; $100 Special Assessment |
| 18 U.S.C. § 1963 | FORFEITURE ALLEGATION | RICO Forfeiture | Forfeiture of listed property |

Date: 14 May 2019

Assistant U.S. Attorney: JOSHUA D. HURWIT
FRANCIS J. ZEBARI
Telephone No.: (208) 334-1211

CR 19-0158-S DCN