JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
UNITED STATES ATTORNEY
FRANCIS J. ZEBARI, IDAHO STATE BAR NO. 8950
KEVIN T. MALONEY, IDAHO STATE BAR NO. 5095
ASSISTANT UNITED STATES ATTORNEYS
DISTRICT OF IDAHO
1290 W. MYRTLE ST. SUITE 500
BOISE, ID 83702-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> vs. <br><br> STEVEN BOWMAN, a/k/a "BIG PIMPIN" a/k/a "SLAYER," <br><br> Defendant. | Case No. 1:19-cr-158-DCN-4 <br><br> **UNITED STATES OF AMERICA'S SENTENCING MEMORANDUM** |

The Defendant is a violent, white supremacist gang member who played a substantial role in the Aryan Knights prison gang. The Government recommends that the Court sentence the Defendant to a term of imprisonment of 188 months to run concurrent with the Defendant's sentences in Ada County cases CR13-4994, CR13-1473, and 01-17-14786.

## PROCEDURAL BACKGROUND

On May 14, 2019, the Defendant was charged, along with eight co-defendants, with a single count of Conspiracy to Participate in a Racketeering Enterprise, in violation of 18 § 1962(d)—Count One. The Defendant and an additional defendant, Mark WOODLAND, were

**GOVERNMENT'S SENTENCING MEMORANDUM - 1**

charged with Assault Resulting in Serious Bodily Injury in Aid of Racketeering, in violation of 18 U.S.C. § 1959(a)(3) and 18 U.S.C. § 2.  This case arises from Defendant's membership in and participation in an Idaho prison gang called the Aryan Knights ("AK").  On August 11, 2022, the Defendant entered a plea of guilty to Count One of the Indictment.

## FACTUAL BACKGROUND

The AK is a scourge within Idaho Department of Correction ("IDOC") facilities.  The gang engages in many types of criminal activity and casts shadows of intimidation, addiction, and violence over prison life.  The gang operates in ways that drain IDOC's resources and detract from its rehabilitative mission.  Specifically, the gang sells controlled substances, commits violent acts against other inmates, extorts inmates, runs gambling operations, and launders proceeds of criminal activity.

The Defendant occupied a leadership role within the gang.  He personally participated in acts of violence, drug trafficking (Bates 52496–97), and witness intimidation and retaliation (Bates 1466).  These are discussed in further detail below.  In this role, Defendant set rules, policies, and illegal objectives for the gang.  He could also promote AK members, demote AK members, and order violent assaults.  In short, he was/is a leader within the ranks of the gang, and his commitment to the gang is tattooed on his chest.



*Aryan Knights tattoo on the Defendant's chest*

**GOVERNMENT'S SENTENCING MEMORANDUM - 2**

*Witness Intimidation and Retaliation*

In September 2013, the Defendant posted, or caused to be posted, from his Facebook account, a list of names of individuals he believed were informants or cooperators within the IDOC. The Defendant concluded his post by stating, "even lil kids don't like tattle tells [sic]. Imagine what prisoners think of em. No bueno." (Bates 1466.) The Defendant's actions, detailed below, demonstrate the purpose behind posting this list.



*Assault of Victim 5[1]*

In 2008, the AK believed that IDOC inmate Victim 5 had cooperated with law enforcement. Co-defendant James RAMSEY and another AK member threatened Victim 5. IDOC then intercepted a letter from the Defendant indicating that he intended to assault Victim 5. The letter stated, in part:

> [H]e is on his way out. His own boyz got a light on him for what he did to [redacted], and me. I don't wish prison upon no one just death upon many. But I am ecstatic he will come see me on my playground since I can't get out there at the moment. The punk bitch is luck [sic] I'm in ad seg. But many others will play soccer with his head while he heal up to wait for Pimpin. What a joy it is when I get to see the ones that did me dirt you know how I do. I don't hesitate I go & get em and all they got. It's how I am, a machine. Like a violent Robin Hood.

The reference to "Pimpin" is Bowman referring to his moniker in the third person. Starting in 2009, Victim 5 was assaulted at least twice by AK members and associates. The Facebook post

---

[1] The victims in this Sentencing Memorandum are identified using the same numbers as used in the Indictment, Docket No. 5.

**GOVERNMENT'S SENTENCING MEMORANDUM - 3**

detailed above included Victim 5.  And following that post, in 2015, Victim 5 again was assaulted by an AK associate.

### Assault of Victim 7

In 2015, the AK suspected that Victim 7, an IDOC inmate, was a law enforcement informant.  On April 22, 2015, the Defendant and an AK associate confronted Victim 7 in an IDOC bathroom, attacked Victim 7, and broke Victim 7's jaw.  Three days after the assault, IDOC investigators put the Defendant and the associate in separate but adjacent outdoor exercise cages.  The cages were separated by chain link fence and allowed them to communicate but not have any physical contact.  IDOC investigators also placed a recording device nearby and recorded their conversation.  They discussed committing the assault on Victim 7 and made several incriminating statements.

### Drug Distribution

In 2013, the Defendant was convicted in state court of possession with intent to distribute to deliver a controlled substance.  A cooperating witness testified to the grand jury that during this time, the Defendant would obtain "maybe an ounce every two days, turn it for profit, and then use some of it."  (Bates 52497.)  The Defendant would then send approximately 25% of the profit to AK members in prison.  (*Id.*)

### Assault of Victim 10

In 2017, the Defendant and co-defendant Mark WOODLAND repeatedly stabbed and sliced a rival gang member utilizing homemade knives.  The victim was not armed with any weapon.  After this attack, the Defendant was promoted to the rank of Sergeant within the gang.

**THE FOLLOWING PAGE CONTAINS GRAPHIC PHOTOGRAPHS OF THE VICTIM.**

**GOVERNMENT'S SENTENCING MEMORANDUM - 4**

*Victim 10*



*The Defendant (left) and co-defendant Woodland (right) following the attack*



## RECOMMENDED SENTENCE

The Defendant participated substantially in this RICO conspiracy. There is no doubt that the Defendant is a violent individual who is committed to a criminal lifestyle and there is no justification for his decision to join the AK. His conduct as a member, then leader, of the gang

**GOVERNMENT'S SENTENCING MEMORANDUM - 5**

demonstrates a lengthy, substantial sentence is warranted. The Defendant made the gang more violent and disruptive, and he should be held accountable for this.

The Guidelines are 63-78 months. (Final PSR ¶ 142.) The Guidelines, while discretionary, further provide that the sentence "shall be imposed to run consecutively to the undischarged term of imprisonment." (Final PSR ¶ 143 (citing U.S.S.G. § 5G1.3(a).) The Government is recommending a sentencing package that differs from that contemplated under the Guidelines, in that it is recommending a longer sentence—188 months—that runs concurrently with the Defendant's state cases. If paroled at the earliest possible date, February 12, 2029, this would result in the Defendant serving approximately 118 months in federal custody (although the Defendant will not completely satisfy his Idaho state cases until 2051). A sentence of 188 months, fully concurrent, captures the full scope of the Defendant's role in his criminal enterprise and is needed to protect society.

## CONCLUSION

Application of 18 U.S.C. § 3553 supports a sentence of 188 months for the Defendant's commission of the crime of Conspiracy to Participate in a Racketeering Enterprise, with the sentence in this case to run concurrent with the Defendant's state cases. The Government submits that a sentence of 188 months is sufficient, but not greater than necessary, to accomplish the goals of sentencing, and that a lesser sentence is not supported by application of the 18 U.S.C. § 3553(a) factors.

Respectfully submitted this 25th day of April, 2023.

**GOVERNMENT'S SENTENCING MEMORANDUM - 6**

JOSHUA D. HURWIT
UNITED STATES ATTORNEY
By:


*/s/ Joshua D. Hurwit*
Francis J. Zebari
Kevin T. Maloney
ASSISTANT UNITED STATES ATTORNEYS

**GOVERNMENT'S SENTENCING MEMORANDUM - 7**