**PAUL E. RIGGINS, ISB #5303**
RIGGINS LAW, P.A.
P.O. Box 653
Marsing, ID 83639
Telephone:  (208) 344-4152
Email: rigginslaw@gmail.com

Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>JAMES B. RAMSEY,<br><br>            Defendant. | Case No. CR-19-158-DCN<br><br><br>**MOTION TO WITHDRAW AS COUNSEL OF RECORD AND FOR APPOINTMENT OF NEW CJA COUNSEL** |

      Attorney Paul E. Riggins of Riggins Law, P.A., counsel for Defendant James B. Ramsey, hereby moves to withdraw as counsel of record for Mr. Ramsey in this matter.

      Mr. Riggins so moves based on the interests of justice, on Idaho Rules of Professional Conduct 3.7(a) and on the Declaration of Counsel filed with this motion.

      DATED This 16th day of December, 2024.

                                                               RIGGINS LAW, P.A.


                                                              /s/ Paul E. Riggins
                                                              PAUL E. RIGGINS
                                                              Attorney for Petitioner

CERTIFICATE OF SERVICE

      I hereby certify that on December 16, 2024, I filed the foregoing document via the Court's CM/ECF electronic filing system, which automatically served a Notice of Electronic Filing and document hyperlink to:

United States Attorney's Office
1290 W. Myrtle Street, Ste. 500
Boise, ID 83702
Kevin.maloney@usdoj.gov
Frank.zebari@usdoj.gov

      /s/ Paul E. Riggins
      Paul E. Riggins